Affirmed and Memorandum Opinion filed July 27, 2006








Affirmed
and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

 NO. 14-05-00704-CR 

 NO. 14-05-00709-CR

____________

 

JOHNNY LEE CARTER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 228th District
Court

Harris County, Texas

Trial Court Cause Nos.
1011360 & 1030677

 



 

M E M O R A N D U M   O P I N I O N

After a
jury trial, appellant was convicted of two counts of aggravated assault and was
sentenced on July 13, 2005, to confinement for forty years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a notice
of appeal.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit.  The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), presenting a professional evaluation of the record demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  On April 7, 2006,
appellant filed a pro se response to the brief filed by counsel.  In the
response, appellant raises four issues.

We have
carefully reviewed the record, counsel=s brief, and the issues raised in the
pro se response, and agree the appeal is wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief
would add nothing to the jurisprudence of the state.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost. 

Do Not Publish C Tex. R. App. P.
47.2(b).